UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL DARRON BURNSIDE,

   Plaintiff,

v.                                        Case No. 3:24cv485-LC-HTC

ARAMARK CORPORATION, et al.,

   Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 11, 2024 (ECF No. 5), recommending that Plaintiff's case be dismissed with prejudice because it is barred by *res judicata* and also as malicious for Plaintiff's failure to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. That this case be DISMISSED WITH PREJUDICE because it is barred by *res judicata*, and also as malicious for Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 15th day of November, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**